UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
ILYA AZARYEV, :
:
              Plaintiff, :
:      **ORDER**
      v. :      21-CV-3856 (WFK) (LB)
:
POLICE OFFICER ARTHUR STURMAN, :
:
              Defendant. :
---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      On March 2, 2022, Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R") in the above-captioned action. The R&R states, in relevant part:

> Plaintiff failed to appear on January 27, 2022 and again on March 2, 2022 for Court-ordered telephone conferences. Plaintiff was clearly warned that if he failed to timely appear for the March 2, 2022 telephone conference, [Magistrate Judge Bloom] would recommend that this case should be dismissed. ECF No. 13. Plaintiff again failed to appear for the March 2, 2022 conference. Moreover, plaintiff failed to contact the Court or defendant's counsel to request an adjournment. Plaintiff's failure to appear for two Court-ordered telephone conferences makes it impossible to proceed in this action. This is plaintiff's action to vindicate his rights. The Court need not afford plaintiff unlimited opportunities. Plaintiff has apparently abandoned this action. No lesser sanction than dismissal is appropriate under these circumstances. . . . Accordingly, it is respectfully recommended that plaintiff's action should be dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure.

The parties did not file any objections to the R&R, which were due by Wednesday, March 16, 2022. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. The Court therefore adopts the R&R in its entirety and DISMISSES the action.

                                                          **SO ORDERED.**

                                                         **s/ WFK**

Dated: March 21, 2022                     HON. WILLIAM F. KUNTZ, II
       Brooklyn, New York            UNITED STATES DISTRICT JUDGE